GEORGE S. CARDONA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
MARK A. WIN  (CSB #206077)
Special Assistant United States Attorney
    333 Market St., Suite 1500
    San Francisco, CA 94105
    Tel: (415) 977-8980
    Fax:  (415) 744-0134
    Email:  Mark.Win@ssa.gov

Attorneys for Defendant Michael J. Astrue,
    Commissioner of Social Security

**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| CAROL D. NORRIS,<br>    Plaintiff,<br>    v.<br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br>    Defendant. | Case No. EDCV 09-1079 OP<br><br>[~~PROPOSED~~] **JUDGMENT OF REMAND** |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Remand") lodged concurrent with the lodging of the within Judgment of Remand,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation for Remand.

Dated: 12/9/09

                                    HON. OSWALD PARADA
                                    UNITED STATES MAGISTRATE JUDGE